UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 16-2719 DSF

Date: 10/06/17

Time: 2:10 PM

JURY NOTE NUMBER #1

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__ THE JURY REQUESTS THE FOLLOWING:

- DELIBERATE ~~PAST~~ UNTIL 3:30 PM FRIDAY 10/06/17

- ~~TUESDAY~~ ~~MONDAY~~ 10/10 - START @ 8:00 AM

_____
FOREPERSON OF THE JURY