## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 16-2719 DSF |
| Title: | Graciela Herrera v. City of Los Angeles |
| Date | 10/6/17 |

Present: The Honorable **DALE S. FISCHER, United States District Judge**

| Debra Plato | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale Galipo<br>Erik Valenzuela | Colleen Smith<br>Cory Brente |

\_\_\_ Day Court Trial   Fourth Day Jury Trial

\_\_\_ One day trial:   \_\_\_ Begun (1st day);   \_\_\_ Held & Continued;   **X** Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by _____
**X** Witnesses called, sworn and testified.   **X** Exhibits Identified   **X** Exhibits admitted.
\_\_\_ Plaintiff(s) rest.   **X** Defendant(s) rest.
**X** Closing arguments made by   **X** plaintiff(s)   **X** defendant(s).   **X** Court instructs jury.
**X** Bailiff(s) sworn.   **X** Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.
**X** Jury Verdict in favor of   **X** plaintiff(s)   \_\_\_ defendant(s) is read and filed.
**X** Jury polled.   \_\_\_ Polling waived.
**X** Filed Witness & Exhibit Lists   **X** Filed jury notes.   **X** Filed jury instructions.
\_\_\_ Judgment by Court for _____   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Case submitted.   Briefs to be filed by _____
\_\_\_ Motion to dismiss by _____ is   \_\_\_ granted.   \_\_\_ denied.   **X** submitted.
\_\_\_ Motion for mistrial by _____ is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by _____ is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
**X** Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
**X** Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_ Case continued to _____ for further trial/further jury deliberation.
**X** Other:   Jury Notes 1 and 2 received.

                                                                6 : 10
                                              Initials of Deputy Clerk   dp

cc: