LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA HERRERA, et al., | Case No. CV 16-02719 DSF (SKx) |
| Plaintiffs, | *Honorable Dale S. Fischer* |
| vs. | **NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE ACTION PENDING APPROVAL** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the parties have reached a conditional settlement of this entire case. However, the settlement is subject to approval from the Los Angeles City Council.

Upon approval of the settlement agreement, Plaintiffs will receive payment in two installments, the first payment to be made on or before May 11, 2018 and the second/final part of the settlement payment being made on or before September 1, 2018. Further, assuming Plaintiffs receive the two installment payments as agreed, and as part of the settlement agreement, a judgment will not be entered against any of the Defendants. Thus, a [proposed] judgment has not been submitted to the Court.

The Parties, through their respective counsel, request that this matter be stayed pending the approval of the settlement by the Los Angeles City Council. Further, the parties would request that the Court retain jurisdiction over this matter

for the limited purposes of 1) enforcing the settlement until the final settlement payment is received and the parties' formal stipulation of dismissal has been filed and granted, which is expected to occur in September of 2018, and 2) enforcing the terms of the protective order until all protected materials have been returned or destroyed as set forth in the protective order.

In the unlikely event that the settlement is not approved, the parties will immediately notify the Court and submit a [proposed] judgment.

DATED: April 10, 2018          LAW OFFICES OF DALE K. GALIPO

                               By /s/ Eric Valenzuela
                               Dale K. Galipo
                               Eric Valenzuela
                               Attorneys for Plaintiffs

DATED: April 10, 2018          CITY OF LOS ANGELES ATTORNEY'S OFFICE

                               By:      /s/ Colleen R. Smith
                               Cory M. Brente
                               Colleen R. Smith
                               Attorneys for Defendants