**MICHAEL N. FEUER,** City Attorney - SBN 111529
**THOMAS H. PETERS,** Chief Assistant City Attorney – SBN 163388
**CORY M. BRENTE,** Assistant City Attorney – SBN 115453
**COLLEEN R. SMITH,** Deputy City Attorney – SBN 209719
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7057     Fax No.: (213) 978-8785
Email: colleen.smith@lacity.org

*Attorneys for Defendants* **CITY OF LOS ANGELES and ALEJANDRO DOWNEY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA HERRERA; and RUBEN ORDAZ,<br><br>       Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; ALEJANDRO DOWNEY; and DOES 1-10, inclusive<br><br>       Defendants. | **CASE NO. CV16-02719 DSF (SKx)**<br>Honorable Judge: Dale S. Fischer<br>Honorable Magistrate Judge: Steve Kim<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION**<br><br>**[Filed concurrently with [Proposed] Order]** |

TO THE ABOVE-ENTITLED COURT:

IT IS HEREBY STIPULATED by and between Plaintiffs **GRACIELA HERRERA** and **RUBEN ORDAZ** on the one hand and Defendants **CITY OF LOS ANGELES** and **ALEJANDRO DOWNEY**, on the other hand, through their attorneys of record, as follows:

Plaintiffs **GRACIELA HERRERA** and **RUBEN ORDAZ** and Defendant **CITY OF LOS ANGELES** have reached a settlement in the above-entitled matter.

**ALEJANDRO DOWNEY** is not a party to the settlement between Plaintiffs and the **CITY OF LOS ANGELES**, but is being dismissed from this matter with prejudice.

Thus, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-entitled action against Defendants **CITY OF LOS ANGELES** and **ALEJANDRO DOWNEY** be dismissed, with prejudice. Each party to bear their own costs and fees. This dismissal does not constitute an adjudication on the merits.

**IT IS SO STIPULATED:**

Dated: August 2, 2018   LAW OFFICES OF DALE K. GALIPO

By: _____
   DALE K. GALIPO, Esq.
   ERIC VALENZUELA, Esq.
   *Attorneys for Plaintiffs* **GRACIELA HERRERA and RUBEN ORDAZ**

Dated: August 2, 2018   MICHAEL N. FEUER, City Attorney
   THOMAS H. PETERS, Chief Assistant City Attorney
   CORY M. BRENTE, Assistant City Attorney

By: _____/s/ *Colleen R. Smith*_____
   COLLEEN R. SMITH, Deputy City Attorney
   *Attorneys for Defendants* **CITY OF LOS ANGELES and ALEJANDRO DOWNEY**